**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| KENNETH SIMPSON, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:26-CV-1028 HEA |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court upon the submission of movant's "Petition for Writ of Mandamus," which this Court believes is a motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. The motion is not on a Court-provided form as required by the Local Rules of the Court. *See* E.D. Mo. L.R. 2.06(A). Therefore, the Court will direct the Clerk of Court to provide movant with the court form and will give movant an opportunity to file an amended motion.

When movant is filling out the Court-provided form, he must take care to fill out the form completely, noting the criminal action he is moving to vacate on the form[1] and providing all the claims he believes support his motion to vacate.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send movant **two** Court-forms for filing motions to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

---

[1] In his handwritten "Petition for Writ of Mandamus" movant has written two "Case Nos." at the top of his petition: 4:10CR169" and 4:23CR297." Thus, it is unclear which of his criminal cases he is attempting to vacate in this matter. If movant wishes to bring claims seeking to vacate both convictions and sentences, he must file separate motions to vacate on two Court-provided forms. The Court will therefore have the Clerk provide him with **two** Court-provided forms.

**IT IS FURTHER ORDERED** that movant must complete the Court-form and return it to the Court within **30 days** of the date of this Order.

**IT IS FURTHER ORDERED that** movant's failure to timely comply with this Order will result in the dismissal of this action, without prejudice and without further notice.

Dated this  30th  day of June, 2026.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE