**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| KENNETH SIMPSON, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:26-CV-01028 HEA |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**OPINION, MEMORANDUM AND ORDER**

Before the Court is movant's motion for reconsideration of the dismissal of this action. After reviewing the grounds raised by movant, the Court will decline to alter or amend the judgment of this Court. The Court concludes that movant's motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion can be said to merely revisit old arguments. Movant is therefore not entitled to reconsideration of the dismissal of this action, and his motion will be denied.

Accordingly,

**IT IS HEREBY ORDERED** that movant's motion for reconsideration of the dismissal of this action [ECF No. 5] is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall not accept any additional motions in this action unless they relate to an appeal.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

Dated this 1st day of September, 2026.

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE